**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| NORTH VALLEY GI MEDICAL GROUP, CHRISTOPHER EVANS, JOHN KERNAN, JAMES GRUGAN, KAREN GRUGAN,<br><br>-and-<br><br>JOSEPH LIPOVICH,<br><br>Plaintiffs,<br><br>v.<br><br>PRUDENTIAL INVESTMENTS LLC<br><br>Defendant. | Case No.: 1:15-cv-03268-JKB<br><br>STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE |

Plaintiffs North Valley GI Medical Group, Christopher Evans, John Kernan, James Grugan, Karen Grugan, and Joseph Lipovich ("Plaintiffs"), by and through their undersigned attorneys, and defendant Prudential Investments LLC ("Defendant," and collectively with Plaintiffs, the "Parties"), by and through its undersigned attorneys, hereby stipulate and agree to extend the time for the Parties to respond and reply to Defendant's Motion to Dismiss for Failure to State a Claim (the "Motion to Dismiss") (Document No. 26), as follows:

WHEREAS, on October 30, 2015, Plaintiffs filed their Complaint (the "Complaint") (Document No. 1);

WHEREAS, on November 19, 2015, the Parties stipulated to extend Defendant's deadline to respond to Plaintiffs' Complaint to January 29, 2016 (Document No. 11);

WHEREAS, on November 23, 2015, the Court granted the extension for Defendant's response to the Complaint (Document No. 17);

WHEREAS, on January 29, 2016, Defendant filed the Motion to Dismiss;

WHEREAS, in light of the issues raised in the Complaint and in the Motion to Dismiss, the Parties have agreed, subject to Court approval, to an extension of the deadline for Plaintiffs to respond to the Motion to Dismiss ("Plaintiffs' Response") and for Defendants to file a reply brief in support of the Motion to Dismiss ("Defendant's Reply"); and

WHEREAS, there has not been a prior extension of time for the filing of Plaintiffs' Response or Defendant's Reply.

NOW, THEREFORE, it is hereby STIPULATED and AGREED by and between the undersigned that:

1. Plaintiffs' Response shall be filed on or before April 6, 2016; and

2. Defendant's Reply shall be filed on or before May 6, 2016.

Dated: February 10, 2016

Respectfully submitted,

ROBBINS ARROYO LLP

/s/ Jenny L. Dixon
BRIAN J. ROBBINS
STEPHEN J. ODDO (admitted *pro hac vice*)
EDWARD B. GERARD
JENNY L. DIXON (admitted *pro hac vice*)
DANIEL L. SACHS (admitted *pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
          soddo@robbinsarroyo.com
          egerard@robbinsarroyo.com
          jdixon@robbinsarroyo.com
          dsachs@robbinsarroyo.com

DEHAY & ELLISTON L.L.P.
PATRICK C. SMITH (Bar #02054)
36 South Charles Street, Suite 1300
Baltimore, MD 21201
Telephone: (410) 783-7019
Facsimile: (410) 783-7221

|  |  |
|---|---|
|  | E-mail: psmith@dehay.com |
|  | *Attorneys for Plaintiffs* |
| Dated: February 10, 2016 | DECHERT LLP |
|  | /s/ David A. Kotler |
|  | MATTHEW L. LARRABEE (admitted *pro hac vice*) |
|  | DAVID A. KOTLER (admitted *pro hac vice*) |
|  | DEBORAH KEMI MARTIN (admitted *pro hac vice*) |
|  | CATHERINE V. WIGGLESWORTH (admitted *pro hac vice*) |
|  | 1095 Avenue of the Americas |
|  | New York, NY 10036 |
|  | Telephone: (212) 698-3500 |
|  | Facsimile: (212) 698-3599 |
|  | E-mail: matthew.larrabee@dechert.com |
|  |        david.kotler@dechert.com |
|  |        deborahkemi.martin@dechert.com |
|  |        catherine.wigglesworth@dechert.com |
|  | KRAMON & GRAHAM, P.A. GEOFFREY H. GENTH (Bar #08735) |
|  | WILLIAM J. HARRINGTON (Bar # 03863) |
|  | One South Street, Suite 2600 |
|  | Baltimore, MD 21202 |
|  | Telephone: (410) 752-6030 |
|  | Facsimile: (410) 361-8211 |
|  | E-mail: ggenth@kg-law.com |
|  |        wharrington@kg-law.com |
|  | *Attorneys for Defendant* |

APPROVED AND SO ORDERED:

_____
HONORABLE JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE

1080895

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 10, 2016.

        /s/ Jenny L. Dixon
        JENNY L. DIXON (admitted *pro hac vice*)
        ROBBINS ARROYO LLP
        600 B Street, Suite 1900
        San Diego, CA 92101
        Telephone: (619) 525-3990
        Facsimile: (619) 525-3991
        E-mail: jdixon@robbinsarroyo.com