**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| NORTH VALLEY GI MEDICAL GROUP, CHRISTOPHER EVANS, JOHN KERNAN, JAMES GRUGAN, KAREN GRUGAN, -and- JOSEPH LIPOVICH, Plaintiffs, v. PRUDENTIAL INVESTMENTS LLC, Defendant. | Case No.: 1:15-cv-03268-JKB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

WHEREAS, on October 30, 2015, plaintiffs North Valley GI Medical Group, Christopher Evans, John Kernan, James Grugan, Karen Grugan, and Joseph Lipovich ("Plaintiffs") filed the Complaint in this action against defendant Prudential Investments LLC ("Prudential" or "Defendant") (Dkt. No. 1);

WHEREAS, Plaintiffs' Complaint alleged that advisory fees Prudential charged to six mutual funds, as approved by the Prudential funds' Board of Directors (the "Board") in its annual review process, were excessive and violated section 36(b) of the Investment Company Act of 1940, 15 U.S.C. 80a-35(b);

WHEREAS, on August 23, 2016, the Court, accepting Plaintiffs' allegations as true pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, denied Defendant's motion to dismiss the Complaint (Dkt. No. 42);

WHEREAS, on September 6, 2016, Defendant filed its Answer to the Complaint denying Plaintiffs' central allegations (Dkt. No. 43);

WHEREAS, on December 27, 2016, Defendant produced all relevant material received by the Board in 2013, 2014, and 2015 (the "Board Materials"); and

WHEREAS, Plaintiffs and their counsel, in good faith, reviewed the Board Materials.

NOW, THEREFORE, PLAINTIFFS AND PRUDENTIAL HEREBY STIPULATE AND AGREE, as follows:

1. Based on their review of the Board Materials, Plaintiffs have concluded that it is appropriate to dismiss the action.

2. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Prudential hereby stipulate to the dismissal with prejudice of all claims asserted in this action. Plaintiffs and Prudential further stipulate that this dismissal is not the result of a settlement or compromise or the payment of any consideration to Plaintiffs.

3. Each side will bear its own attorneys' fees.

Dated: February 1, 2017

Respectfully submitted,

ROBBINS ARROYO LLP

/s/

STEPHEN J. ODDO (admitted *pro hac vice*)
BRIAN J. ROBBINS
JENNY L. DIXON (admitted *pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
soddo@robbinsarroyo.com
jdixon@robbinsarroyo.com

PATRICK C. SMITH (MD Bar #02054)
DEHAY & ELLISTON L.L.P.
36 South Charles Street, Suite 1300
Baltimore, MD 21201
Telephone: (410) 783-7019
Facsimile: (410) 783-7221
E-mail: psmith@dehay.com

*Attorneys for Plaintiffs*

Dated: February 1, 2017

DECHERT LLP

/s/

MATTHEW L. LARRABEE (admitted *pro hac vice*)
DAVID A. KOTLER (admitted *pro hac vice*)
DEBORAH KEMI MARTIN (admitted *pro hac vice*)
CATHERINE V. WIGGLESWORTH (admitted *pro hac vice*)
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
E-mail: matthew.larrabee@dechert.com
david.kotler@dechert.com
deborahkemi.martin@dechert.com
catherine.wigglesworth@dechert.com

GEOFFREY H. GENTH (MD Bar # 08735)
WILLIAM J. HARRINGTON (MD Bar # 03863)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, MD 21202
Telephone: (410) 752-6030
Facsimile: (410) 539-1269
E-mail: ggenth@kg-law.com
wharrington@kg-law.com

*Attorneys for Defendant*

1144720

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2017.

/s/

WILLIAM J. HARRINGTON (MD Bar # 03863)
One South Street, Suite 2600
Baltimore, MD 21202
Telephone: (410) 752-6030
Facsimile: (410) 361-8211
E-mail: wharrington@kg-law.com