**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| **NORTH VALLEY GI MEDICAL GROUP, et al.** | * | |
| | * | |
| **Plaintiffs** | * | **CIVIL NO. JKB-15-3268** |
| **v.** | * | |
| **PRUDENTIAL INVESTMENTS, LLC** | * | |
| **Defendant** | * | |

* * * * * * * * * * * * *

**ORDER**

In light of the Stipulation of Dismissal With Prejudice filed on February 1, 2017 (ECF No. 57), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 2nd day of February, 2017.

BY THE COURT:

____________/s/______________________
James K. Bredar
United States District Judge